**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6318

JIMMY L. SHUE,

Plaintiff - Appellant,

versus

WILLIAM MCCOLLUM; CORRECTIONAL OFFICER
HERRING,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Wallace W. Dixon,
Magistrate Judge.  (1:04-CV-01012-WWD)

Submitted: September 28, 2006      Decided: October 5, 2006

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jimmy L. Shue, Appellant Pro Se.  Yvonne Bulluck Ricci, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jimmy L. Shue appeals the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Shue v. Herring</u>, No. 1:04-CV-01012-WWD (M.D.N.C. Jan. 12, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c)(2000).